**Thomas P. Riley, SBN 194706**
LAW OFFICES OF THOMAS P. RILEY, P.C.
**First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227**

**Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net**

**Attorneys for Plaintiff
J & J Sports Productions, Inc.**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. 4:16-cv-02062-JSW |
| Plaintiff, | |
| vs. | **ORDER (Proposed)** CONTINUING CASE MANAGEMENT CONFERENCE |
| **ARTGEL FERNANDO ANABO, JR.,** | |
| Defendant. | |

### ORDER (Proposed)

It is hereby ordered that the Case Management Conference in civil action number 4:16-cv-02062-JSW styled *J & J Sports Productions, Inc. v. Anabo, Jr.*, is hereby continued to September 23, 2016 at 11:00 a.m. A joint case management statement is due on September 16, 2016.

Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

_____
**THE HONORABLE JEFFREY S. WHITE
United States District Court
Northern District of California**

Dated: July 20, 2016

Page 1