UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARTGEL FERNANDO ANABO, JR., <br><br> Defendant. | Case No. 16-cv-02062-JSW <br><br> **ORDER OF REFERRAL AND VACATING CASE MANAGEMENT CONFERENCE AND HEARING DATE** <br><br> Re: Dkt. No. 18 |

Plaintiff has filed a motion for default judgment. Pursuant to Northern District Civil Local Rule 79, the Court HEREBY REFERS the motion to a randomly assigned Magistrate Judge for the purpose of preparing a report and recommendation. The Court VACATES the hearing date of December 2, 2016, and it VACATES the case management conference scheduled for September 23, 2016.

**IT IS SO ORDERED.**

Dated: August 2, 2016

_____
JEFFREY S. WHITE
United States District Judge

Cc: Magistrate Referral Clerk