UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br>　　　　　　Plaintiff,<br>　v.<br>ARTGEL FERNANDO ANABO, JR.,<br>　　　　　　Defendant. | Case No. 16-cv-02062-JSW   (DMR)<br><br>**ORDER TO SHOW CAUSE** |

A hearing was scheduled for November 10, 2016 at 11:00 a.m. before the undersigned on Plaintiff J & J Sports Productions, Inc.'s motion for default judgment (Docket No. 18). [Docket No. 20.] No appearance was made on behalf of Plaintiff. Therefore, it is hereby ordered that by November 17, 2016, Plaintiff shall submit a statement explaining why its motion for default judgment should not be denied for failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 10, 2016



Donna M. Ryu
United States Magistrate Judge